UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Demetric Hockaday  Docket No. 5:05-CR-220-1BR

Petition for Action on Supervised Release

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Demetric Hockaday, who, upon an earlier plea of guilty to Distribution of More than 5 Grams of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on February 7, 2006, to the custody of the Bureau of Prisons for a term of 134 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Demetric Hockaday was released from custody on September 18, 2015, at which time the term of supervised release commenced.

On April 27, 2016, a Violation Report notified the court Hockaday had tested positive for the use of cocaine. The defendant was continued under supervision and referred for substance abuse treatment.

On May 25, 2016, a Violation Report notified the court Hockaday had again tested positive for the use of cocaine. The defendant was continued under supervision and allowed to continue in substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 19, 2016, Hockaday submitted a urinalysis test which again was confirmed positive for the presence of cocaine. We have referred Hockaday to substance abuse treatment at First Step Services, Raleigh, North Carolina, to participate in substance treatment, and he continues to participate in group sessions. To address this continued non-compliant behavior, and in an effort to deter future illegal drug use, we are recommending that Hockaday serve three active jail weekends.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons from 6:00 p.m. Friday until 6:00 a.m. Monday for a period of (3) weekends, commencing as directed by the Bureau of Prisons and the Probation Office. He shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Demetric Hockaday
Docket No. 5:05-CR-220-1BR
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Michael C. Brittain<br>Michael C. Brittain<br>Senior U.S. Probation Officer | /s/Linwood E. King<br>Linwood E. King<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8682<br>Executed On: August 5, 2016 |

### ORDER OF THE COURT

Considered and ordered this ___8___ day of __August__, 2016, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge